**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

MICKEL DRILLING PARTNERS, by GUY
MICKEL, ROBIN ZINK, and KYLE J.             CIVIL ACTION NO. 3:CV-11-0061
MICKEL; DAVID ZINK and SARAH
MICKEL, his wife; THE ESTATE OF             (JUDGE CAPUTO)
EARL E. MICKEL, by E. JANENE
MICKEL, EXECUTRIX, and KYLE J.
MICKEL and SARAH ELIZABETH
MICKEL,

      Plaintiffs,

        v.

CABOT OIL & GAS CORPORATION,

      Defendant.

<u>**ORDER**</u>

    **NOW**, this 16th day of October, 2012, **IT IS HEREBY ORDERED** that Defendant

Cabot Oil & Gas Corporation's Motion to Dismiss Plaintiffs' Amended Complaint (Doc.

25) is **GRANTED**.  The action is **DISMISSED with prejudice**.

    The Clerk of Court is directed to mark the case as **CLOSED**.


              /s/ A. Richard Caputo
              A. Richard Caputo
              United States District Judge