# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICKEL DRILLING PARTNERS, by GUY MICKEL, ROBIN ZINK, and KYLE J. MICKEL; DAVID ZINK and SARAH MICKEL, his wife; THE ESTATE OF EARL E. MICKEL, by E. JANENE MICKEL, EXECUTRIX, and KYLE J. MICKEL and SARAH ELIZABETH MICKEL, <br><br> Plaintiffs, <br><br> v. <br><br> CABOT OIL & GAS CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. 3:CV-11-0061 <br><br> (JUDGE CAPUTO) |

## ORDER

**NOW**, this 16th day of October, 2012, **IT IS HEREBY ORDERED** that Defendant Cabot Oil & Gas Corporation's Motion to Dismiss Plaintiffs' Amended Complaint (Doc. 25) is **GRANTED**. The action is **DISMISSED with prejudice**.

The Clerk of Court is directed to mark the case as **CLOSED**.

                                                 /s/ A. Richard Caputo  
                                                 A. Richard Caputo  
                                                 United States District Judge